In the United States District Court
For the District of Delaware

James Arthur Biggins,
        Plaintiff,

vs.

Gov. Ruth Ann Minner, and the State of Delaware,
et al.,
Carl C. Danberg, and the Delaware Dept. of Corr.,
et al.,
John Rundle, and the Correctional Medical Serv's, Inc.,
et al.,
Judith Mellen, and Delaware Center for Justice, et al.,
Janet Laban, and the Delaware Chapter of the
American Civil Liberties Union, et al.,
Defendant's each sued in their individual and official
capacities.

Civil Action No. _08-004_

Jury Trial Demanded

FILED
2008 JAN -3 PM 4:15
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

<u>Order To Show Cause And Temporary Restraining Order</u>

Upon the supporting affidavit of the plaintiff and the accompanying memorandum of law, it is

Ordered that defendant's Carl C. Danberg and Elizabeth Burris show cause in room _____ of the United States Courthouse, Bogg's Federal Building, 844 N. King Street, Wilmington, DE, 19801, on the _____ day of _____, 2007, at ____ o'clock, why a temporary restraining order should not issue pursuant to Rule 65(b), Fed.R.Civ.P., enjoining the said defendant's, their successors in office, agents and employees and all other persons acting in concert and participation with them, to provide a medically appropriate course of medical treatment and physical therapy to restore and maintain as reasonable as possible adequate mobility to his spinal area, in accordance with

Medical grievance number's #5985 and #86763, that included proper pain management medication, medical amenities prescribed to assist plaintiff's medical conditions and physical mobility. Additionally, further medications for other known medical conditions, necessary testing to be conducted by a specialist in this field, who shall submit within 30 days of the order a medical report of those conditions that have been evaluated and diagnosed, be forwarded to the Court for future recommodations. The report shall give the Court a recommanded plan of treatment, that shall include forms of medications. And refrain from all further future medical treatment with the drug "Neurotin" on the plaintiff. Cease all DCC law library staff and Institutional Grievance office staff members, from all retaliatory acts of conduct, and denial of access to the court's practices as described on page #3 of Declaration In Support Of Plaintiff's Motion For A Temporary Restraining Order under subsections (A) thru (E)

    It Is further Ordered that this order to show cause, and all other papers attached to this application, shall be served on the defendant's Carl C. Danberg and Elizabeth Burris or their successors by _____, 200__, and the United States Marshals Service is hereby directed to effectuate such service.

Date: _____, 200__

_____
United States District Judge

December 29, 2007

Dear Clerk of the Court:

Enclosed is an Order To Show Cause and Temporary Restraining Order, that I forgot to submit with my civil action.

Please file it along with my other documents.

Thank you,

James Arthur Biggs



USPS Postage $00.41 JAN 02 2008 MAILED FROM ZIP CODE 19977

I/M James Arthur Biggins
SBI# 319269  UNIT 22/A-U-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

C/O: Clerk of the Court
U.S. District Court Boggs Federal Building
844 North King Street, Lock box 18
Wilmington, Delaware
19801