# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
### MEMORANDUM

08-004

TO: James A. Biggins     SBI#: 319264

FROM: Mercedes VALLIN

RE: **6 Months Account Statement**

DATE: 12/10/07

**FILED**
**JAN 03 2008**
**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

To scanned

*Attached are copies of your inmate account statement for the months of* June 2007 *to* November 2007.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| June | $ 2.02 |
| July | .00 |
| August | .42 |
| September | 9.55 |
| October | 14.81 |
| November | 14.03 |

Average daily balances/6 months: $6.81

Attachments
CC: File

Mercedes Vallin
12/10/07

[signature]
12/10/07

**Individual Statement**
**From June 2007 to November 2007**

Date Printed: 12/10/2007                                                                                           Page 1 of 5

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00319264 | Biggins | James | | | Beginning Month Balance: | $21.35 |
| Current Location: 22 | | Comments: | | | Ending Month Balance: | $3.30 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($0.92) | $21.35 | 436362 | | 5/17/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($0.75) | $21.35 | 436363 | | 5/17/07 | |
| Pay-To | 6/1/2007 | ($1.50) | $0.00 | $0.00 | $19.85 | 436603 | | DST COPIES | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($0.75) | $19.85 | 436702 | | 5/23/07 | |
| Supplies-MailPosta | 6/1/2007 | ($3.15) | $0.00 | $0.00 | $16.70 | 436987 | | 3/30/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.87) | $0.00 | $0.00 | $15.83 | 437250 | | 2/28/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.39) | $0.00 | $0.00 | $15.44 | 437540 | | 4/17/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.39) | $0.00 | $0.00 | $15.05 | 437539 | | 4/17/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.83) | $0.00 | $0.00 | $13.22 | 437650 | | 5/1/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.59) | $0.00 | $0.00 | $11.63 | 437723 | | 4/25/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.83) | $0.00 | $0.00 | $9.80 | 437770 | | 5/1/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.63) | $0.00 | $0.00 | $9.17 | 437772 | | 5/1/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.63) | $0.00 | $0.00 | $8.54 | 437773 | | 5/1/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.75) | $0.00 | $0.00 | $7.79 | 437860 | | 5/20/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.92) | $0.00 | $0.00 | $6.87 | 438000 | | 5/17/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.75) | $0.00 | $0.00 | $6.12 | 438001 | | 5/17/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.75) | $0.00 | $0.00 | $5.37 | 438112 | | 5/23/07 | |
| Legal | 6/8/2007 | $0.00 | $0.00 | ($0.77) | $5.37 | 440885 | | 6/07 | |
| Legal | 6/8/2007 | ($0.77) | $0.00 | $0.00 | $4.60 | 440916 | | 6/07 | |
| Canteen | 6/13/2007 | ($4.53) | $0.00 | $0.00 | $0.07 | 442114 | | | |
| Medical | 6/14/2007 | $0.00 | ($4.00) | $0.00 | $0.07 | 443216 | | 6/6/07 | |
| Medical | 6/14/2007 | ($0.07) | ($3.93) | $0.00 | $0.00 | 443570 | | 6/6/07 | |
| Supplies-MailPosta | 6/25/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 447496 | | 6/17/07 | |
| Supplies-MailPosta | 6/25/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 447497 | | 6/17/07 | |
| Supplies-MailPosta | 6/28/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 449546 | | 6/6/07 | |
| Supplies-MailPosta | 6/28/2007 | $0.00 | $0.00 | ($0.75) | $0.00 | 449547 | | 6/6/07 | |
| Supplies-MailPosta | 6/28/2007 | $0.00 | $0.00 | ($0.75) | $0.00 | 449554 | | 6/4/07 | |
| Supplies-MailPosta | 6/28/2007 | $0.00 | $0.00 | ($0.77) | $0.00 | 449555 | | 6/4/07 | |
| Legal | 7/3/2007 | $0.00 | $0.00 | $0.00 | $0.00 | 450876 | | JP COURT 06/07 | |
| Medical | 7/6/2007 | $0.00 | ($4.00) | $0.00 | $0.00 | 453262 | | 6/25/07 | |
| Supplies-MailPosta | 7/11/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 454869 | | 6/8/07 | |

**Individual Statement**
**From June 2007 to November 2007**

Page 2 of 5

Date Printed: 12/10/2007

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00319264 | Biggins | James | | | Beginning Month Balance: | $21.35 |
| Current Location: | 22 | | Comments: | | Ending Month Balance: | $3.30 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 7/11/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 454876 | | 6/8/07 | |
| Supplies-MailPosta | 7/24/2007 | $0.00 | $0.00 | ($2.00) | $0.00 | 461334 | | 5/2/07 | |
| Supplies-MailPosta | 7/24/2007 | $0.00 | $0.00 | ($1.65) | $0.00 | 461351 | | 7/2/07 | |
| Supplies-MailPosta | 7/24/2007 | $0.00 | $0.00 | ($1.65) | $0.00 | 461352 | | 7/2/07 | |
| Supplies-MailPosta | 7/24/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 461370 | | 7/9/07 | |
| Supplies-MailPosta | 7/24/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 461371 | | 7/9/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 461944 | | 7/6/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 461945 | | 7/6/07 | |
| Legal | 8/6/2007 | $0.00 | $0.00 | ($0.77) | $0.00 | 467158 | | JP COURT 7/2007 | |
| Supplies-MailPosta | 8/7/2007 | $0.00 | $0.00 | ($3.50) | $0.00 | 467783 | | INDIGENT 8/1/07 | |
| Medical | 8/10/2007 | $0.00 | ($4.00) | $0.00 | $0.00 | 469591 | | 8/1/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($0.75) | $0.00 | 474191 | | 8/8/07 | |
| Mail | 8/23/2007 | $25.00 | $0.00 | $0.00 | $25.00 | 476166 | 0524549061 | | W WILSON |
| Medical | 8/23/2007 | ($3.93) | $0.00 | $0.00 | $21.07 | 476425 | | 6/6/07 | |
| Medical | 8/23/2007 | ($4.00) | $0.00 | $0.00 | $17.07 | 476443 | | 6/25/07 | |
| Medical | 8/23/2007 | ($4.00) | $0.00 | $0.00 | $13.07 | 476481 | | 8/1/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.92) | $13.07 | 476806 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.58) | $13.07 | 476976 | | 8/21/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.58) | $13.07 | 476977 | | 8/21/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | $13.07 | 477080 | | 8/17/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.58) | $13.07 | 477081 | | 8/17/07 | |
| Supplies-MailPosta | 8/24/2007 | ($2.00) | $0.00 | $0.00 | $11.07 | 477123 | | 5/2/07 | |
| Supplies-MailPosta | 8/24/2007 | ($1.65) | $0.00 | $0.00 | $9.42 | 477134 | | 7/2/07 | |
| Supplies-MailPosta | 8/24/2007 | ($1.65) | $0.00 | $0.00 | $7.77 | 477136 | | 7/2/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $7.36 | 477144 | | 6/17/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $6.95 | 477146 | | 6/17/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $6.54 | 477148 | | 7/9/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $6.13 | 477149 | | 7/9/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $5.72 | 477153 | | 7/6/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $5.31 | 477154 | | 7/6/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.75) | $0.00 | $0.00 | $4.56 | 477165 | | 8/8/07 | |

**Individual Statement**
**From June 2007 to November 2007**

Date Printed: 12/10/2007  Page 3 of 5

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00319264 | Biggins | James | | | Beginning Month Balance: | | $21.35 |
| Current Location: | 22 | | Comments: | | Ending Month Balance: | | $3.30 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $4.15 | 477199 | | 6/6/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $3.74 | 477200 | | 6/6/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.75) | $0.00 | $0.00 | $2.99 | 477203 | | 6/4/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.75) | $0.00 | $0.00 | $2.24 | 477204 | | 6/4/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.58) | $0.00 | $0.00 | $1.66 | 477216 | | 6/8/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.58) | $0.00 | $0.00 | $1.08 | 477215 | | 6/8/07 | |
| Supplies-MailPosta | 8/24/2007 | ($1.08) | $0.00 | ($2.42) | $0.00 | 477253 | | INDIGENT 8/1/07 | |
| Legal | 9/6/2007 | $0.00 | $0.00 | ($0.77) | $0.00 | 482587 | | AUG 07 | |
| Supplies-MailPosta | 9/10/2007 | $0.00 | $0.00 | ($3.18) | $0.00 | 484413 | | INDIGENT 9/4/07 | |
| Mail | 9/20/2007 | $35.00 | $0.00 | $0.00 | $35.00 | 488583 | 9284001108 | | TAMMY COVINGTON |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($1.31) | $35.00 | 489101 | | 9/13/07 | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($0.41) | $35.00 | 489152 | | 9/15/07 | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($0.92) | $35.00 | 489153 | | 9/15/07 | |
| Supplies-MailPosta | 9/25/2007 | $0.00 | $0.00 | ($2.50) | $35.00 | 490543 | | 9/07 | |
| Supplies-MailPosta | 9/25/2007 | $0.00 | $0.00 | ($2.50) | $35.00 | 490544 | | 9/07 | |
| Canteen | 9/26/2007 | ($18.63) | $0.00 | $0.00 | $16.37 | 490790 | | | |
| Supplies-MailPosta | 9/27/2007 | ($2.42) | $0.00 | $0.00 | $13.95 | 491957 | | INDIGENT 8/1/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.58) | $0.00 | $0.00 | $13.37 | 491971 | | 8/21/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.58) | $0.00 | $0.00 | $12.79 | 491972 | | 8/21/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.41) | $0.00 | $0.00 | $12.38 | 491994 | | 8/17/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.58) | $0.00 | $0.00 | $11.80 | 491995 | | 8/17/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.92) | $0.00 | $0.00 | $10.88 | 492020 | | 8/16/07 | |
| Supplies-MailPosta | 9/27/2007 | ($1.31) | $0.00 | $0.00 | $9.57 | 492238 | | 9/13/07 | |
| Supplies-MailPosta | 9/27/2007 | ($3.18) | $0.00 | $0.00 | $6.39 | 492316 | | INDIGENT 9/4/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.41) | $0.00 | $0.00 | $5.98 | 492439 | | 9/15/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.92) | $0.00 | $0.00 | $5.06 | 492440 | | 9/15/07 | |
| Supplies-MailPosta | 9/27/2007 | ($2.50) | $0.00 | $0.00 | $2.56 | 492555 | | 9/07 | |
| Supplies-MailPosta | 9/27/2007 | ($2.50) | $0.00 | $0.00 | $0.06 | 492554 | | 9/07 | |
| Mail | 9/28/2007 | $20.00 | $0.00 | $0.00 | $20.06 | 492719 | 11092319010 | | SISSY |
| Pay-To | 10/1/2007 | ($1.00) | $0.00 | $0.00 | $19.06 | 493708 | | DST COPIES | |
| Supplies-MailPosta | 10/5/2007 | $0.00 | $0.00 | ($0.75) | $19.06 | 496496 | | 9/25/07 | |

**Individual Statement**
**From June 2007 to November 2007**

Date Printed: 12/10/2007    Page 4 of 5

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00319264 | Biggins | James | | | Beginning Month Balance: | $21.35 |
| Current Location: | 22 | Comments: | | | Ending Month Balance: | $3.30 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 10/5/2007 | $0.00 | $0.00 | ($0.75) | $19.06 | 496497 | | 9/25/07 | |
| Legal | 10/5/2007 | $0.00 | $0.00 | ($0.77) | $19.06 | 496615 | | | |
| Legal | 10/5/2007 | $0.00 | $0.00 | ($29.00) | $19.06 | 496616 | | SEPT. 07 9/25/07 | |
| Supplies-MailPosta | 10/5/2007 | ($0.75) | $0.00 | $0.00 | $18.31 | 496785 | | 9/25/07 | |
| Supplies-MailPosta | 10/5/2007 | ($0.75) | $0.00 | $0.00 | $17.56 | 496786 | | 9/25/07 | |
| Legal | 10/5/2007 | ($0.77) | $0.00 | $0.00 | $16.79 | 496840 | | JP COURT 06/07 | |
| Legal | 10/5/2007 | ($0.77) | $0.00 | $0.00 | $16.02 | 496842 | | JP COURT 7/2007 | |
| Legal | 10/5/2007 | ($0.77) | $0.00 | $0.00 | $15.25 | 496843 | | AUG 07 | |
| Legal | 10/5/2007 | ($0.77) | $0.00 | $0.00 | $14.48 | 496851 | | | |
| Legal | 10/5/2007 | ($14.48) | $0.00 | ($14.52) | $0.00 | 496852 | | SEPT. 07 | |
| Legal | 10/5/2007 | $0.00 | $0.00 | $29.00 | $0.00 | 496873 | | CORRECTION SEPT | |
| Legal | 10/5/2007 | $29.00 | $0.00 | $0.00 | $29.00 | 496875 | | CORRECTION SEPT | |
| Legal | 10/5/2007 | ($14.52) | $0.00 | $0.00 | $14.48 | 496876 | | SEPT. 07 | |
| Canteen | 10/10/2007 | ($14.45) | $0.00 | $0.00 | $0.03 | 497874 | | | |
| Supplies-MailPosta | 10/12/2007 | $0.00 | $0.00 | ($0.41) | $0.03 | 499418 | | 9/28/07 | |
| Supplies-MailPosta | 10/12/2007 | $0.00 | $0.00 | ($4.60) | $0.03 | 499486 | | 10/2/07 | |
| Supplies-MailPosta | 10/19/2007 | ($0.03) | $0.00 | ($0.38) | $0.00 | 503085 | | 9/28/07 | |
| Mail | 10/23/2007 | $25.00 | $0.00 | $0.00 | $25.00 | 504376 | 0524554857 | | WARNER WILSON |
| Mail | 10/24/2007 | $10.00 | $0.00 | $0.00 | $35.00 | 505066 | 11796795448 | | C RICHARDSON |
| Supplies-MailPosta | 10/25/2007 | ($0.38) | $0.00 | $0.00 | $34.62 | 505825 | | 9/28/07 | |
| Supplies-MailPosta | 10/25/2007 | ($4.60) | $0.00 | $0.00 | $30.02 | 505876 | | 10/2/07 | |
| Mail | 10/29/2007 | $20.00 | $0.00 | $0.00 | $50.02 | 506341 | 11092321416 | | C BIGGINS |
| Canteen | 10/31/2007 | ($19.84) | $0.00 | $0.00 | $30.18 | 507192 | | | |
| Pay-To | 11/1/2007 | ($1.00) | $0.00 | $0.00 | $29.18 | 508895 | | DISTRICT OF DE | |
| Legal | 11/2/2007 | $0.00 | $0.00 | ($0.77) | $29.18 | 508927 | | JP CT | |
| Legal | 11/2/2007 | ($0.77) | $0.00 | $0.00 | $28.41 | 509263 | | JP CT | |
| Canteen | 11/7/2007 | ($19.79) | $0.00 | $0.00 | $8.62 | 510755 | | | |
| Mail | 11/7/2007 | $10.00 | $0.00 | $0.00 | $18.62 | 511168 | 0676054125 | | C RICHARDSON |
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($2.84) | $18.62 | 511997 | | 10/20/07 | |
| Supplies-MailPosta | 11/13/2007 | $0.00 | $0.00 | ($2.67) | $18.62 | 512819 | | 10/27/07 | |
| Canteen | 11/14/2007 | ($12.69) | $0.00 | $0.00 | $5.93 | 513724 | | | |

## Individual Statement
### From June 2007 to November 2007

Date Printed: 12/10/2007                                                                                                          Page 5 of 5

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00319264 | Biggins | James | | | Beginning Month Balance: | | $21.35 |
| Current Location: 22 | | Comments: | | | Ending Month Balance: | | $3.30 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 11/26/2007 | $10.00 | $0.00 | $0.00 | $15.93 | 517925 | 11710764303 | 10/28/07 | C RICHARDSON |
| Supplies-MailPosta | 11/26/2007 | $0.00 | $0.00 | ($0.41) | $15.93 | 517959 | | | |
| Canteen | 11/28/2007 | ($6.30) | $0.00 | $0.00 | $9.63 | 518994 | | | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | $9.63 | 520374 | | 11/16/07 | |
| Supplies-MailPosta | 11/29/2007 | ($0.41) | $0.00 | $0.00 | $9.22 | 520850 | | 10/28/07 | |
| Supplies-MailPosta | 11/29/2007 | ($2.84) | $0.00 | $0.00 | $6.38 | 521087 | | 10/20/07 | |
| Supplies-MailPosta | 11/29/2007 | ($2.67) | $0.00 | $0.00 | $3.71 | 521208 | | 10/27/07 | |
| Supplies-MailPosta | 11/29/2007 | ($0.41) | $0.00 | $0.00 | $3.30 | 521438 | | 11/16/07 | |

Ending Month Balance: $3.30

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00

