CA-08-04 UNA

January 3, 2008

Mr. Dalle:

Please excuse me for failing to have enclosed my forma pauperis Inmate Account Statement with my civil complaint. I've enclosed it with the contents herein.

Thank you very much,
James Arthur Biggins



# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: James A. Biggins   SBI#: 319264

FROM: Mercedes Vallin

RE: **6 Months Account Statement**

DATE: 12/12/07

---

Attached are copies of your inmate account statement for the months of June 2007 to November 2007.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| June | $ 2.02 |
| July | .00 |
| August | .42 |
| September | 9.55 |
| October | 14.81 |
| November | 14.03 |

Average daily balances/6 months: $ 6.81

FILED
JAN -7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attachments
CC: File

Mercedes Vallin
12/12/07

[signature]
12/12/07

Date Printed: 12/12/2007

## Individual Statement
### From June 2007 to November 2007

Page 1 of 5

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $21.35 |
|---|---|---|---|---|---|---|---|
| 00319264 | Biggins | James | | | | Ending Month Balance: | $3.30 |
| Current Location: | 22 | | Comments: | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($0.92) | $21.35 | 436362 | | 5/17/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($0.75) | $21.35 | 436363 | | 5/17/07 | |
| Pay-To | 6/1/2007 | ($1.50) | $0.00 | $0.00 | $19.85 | 436603 | | DST COPIES | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($0.75) | $19.85 | 436702 | | 5/23/07 | |
| Supplies-MailPosta | 6/1/2007 | ($3.15) | $0.00 | $0.00 | $16.70 | 436987 | | 3/30/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.87) | $0.00 | $0.00 | $15.83 | 437250 | | 2/28/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.39) | $0.00 | $0.00 | $15.44 | 437540 | | 4/17/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.39) | $0.00 | $0.00 | $15.05 | 437539 | | 4/17/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.83) | $0.00 | $0.00 | $13.22 | 437650 | | 4/17/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.59) | $0.00 | $0.00 | $11.63 | 437723 | | 5/1/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.83) | $0.00 | $0.00 | $9.80 | 437770 | | 4/25/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.63) | $0.00 | $0.00 | $9.17 | 437772 | | 5/1/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.63) | $0.00 | $0.00 | $8.54 | 437773 | | 5/1/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.75) | $0.00 | $0.00 | $7.79 | 437860 | | 5/20/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.92) | $0.00 | $0.00 | $6.87 | 438000 | | 5/17/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.75) | $0.00 | $0.00 | $6.12 | 438001 | | 5/17/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.75) | $0.00 | $0.00 | $5.37 | 438112 | | 5/23/07 | |
| Legal | 6/8/2007 | $0.00 | $0.00 | ($0.77) | $5.37 | 440885 | | 6/07 | |
| Legal | 6/8/2007 | $0.00 | $0.00 | $0.00 | $4.60 | 440916 | | 6/07 | |
| Canteen | 6/13/2007 | ($4.53) | $0.00 | $0.00 | $0.07 | 442114 | | | |
| Medical | 6/14/2007 | $0.00 | ($4.00) | $0.00 | $0.07 | 443216 | | 6/6/07 | |
| Medical | 6/14/2007 | ($0.07) | ($3.93) | $0.00 | $0.00 | 443570 | | 6/6/07 | |
| Supplies-MailPosta | 6/25/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 447496 | | 6/17/07 | |
| Supplies-MailPosta | 6/25/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 447497 | | 6/17/07 | |
| Supplies-MailPosta | 6/28/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 449546 | | 6/6/07 | |
| Supplies-MailPosta | 6/28/2007 | $0.00 | $0.00 | ($0.75) | $0.00 | 449547 | | 6/4/07 | |
| Supplies-MailPosta | 6/28/2007 | $0.00 | $0.00 | ($0.75) | $0.00 | 449554 | | 6/4/07 | |
| Supplies-MailPosta | 6/28/2007 | $0.00 | $0.00 | ($0.77) | $0.00 | 449555 | | 6/4/07 | |
| Legal | 7/3/2007 | $0.00 | $0.00 | $0.00 | $0.00 | 450876 | | JP COURT 06/07 | |
| Medical | 7/6/2007 | $0.00 | ($4.00) | $0.00 | $0.00 | 453262 | | 6/25/07 | |
| Supplies-MailPosta | 7/11/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 454869 | | 6/8/07 | |

Date Printed: 12/12/2007

## Individual Statement
## From June 2007 to November 2007

Page 2 of 5

| SBI | Last Name | First Name | MI | Suffix | Comments: | | |
|---|---|---|---|---|---|---|---|
| 00319264 | Biggins | James | | | | Beginning Month Balance: | $21.35 |
| Current Location: | 22 | | | | | Ending Month Balance: | $3.30 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 7/11/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 454876 | | 6/8/07 | |
| Supplies-MailPosta | 7/24/2007 | $0.00 | $0.00 | ($2.00) | $0.00 | 461334 | | 5/2/07 | |
| Supplies-MailPosta | 7/24/2007 | $0.00 | $0.00 | ($1.65) | $0.00 | 461351 | | 7/2/07 | |
| Supplies-MailPosta | 7/24/2007 | $0.00 | $0.00 | ($1.65) | $0.00 | 461352 | | 7/2/07 | |
| Supplies-MailPosta | 7/24/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 461370 | | 7/9/07 | |
| Supplies-MailPosta | 7/24/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 461371 | | 7/9/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 461944 | | 7/6/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 461945 | | 7/6/07 | |
| Legal | 8/6/2007 | $0.00 | $0.00 | ($0.77) | $0.00 | 467158 | JP COURT 7/2007 | 7/6/07 | |
| Supplies-MailPosta | 8/7/2007 | $0.00 | $0.00 | ($3.50) | $0.00 | 467783 | INDIGENT 8/1/07 | 8/1/07 | |
| Medical | 8/10/2007 | $0.00 | ($4.00) | $0.00 | $0.00 | 469591 | | 8/1/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($0.75) | $0.00 | 474191 | | 8/8/07 | |
| Mail | 8/23/2007 | $25.00 | $0.00 | $0.00 | $25.00 | 476166 | 052454906I | | W WILSON |
| Medical | 8/23/2007 | ($3.93) | $0.00 | $0.00 | $21.07 | 476425 | | 6/6/07 | |
| Medical | 8/23/2007 | ($4.00) | $0.00 | $0.00 | $17.07 | 476443 | | 6/25/07 | |
| Medical | 8/23/2007 | ($4.00) | $0.00 | $0.00 | $13.07 | 476481 | | 8/1/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.92) | $13.07 | 476806 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.58) | $13.07 | 476976 | | 8/21/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.58) | $13.07 | 476977 | | 8/21/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | $13.07 | 477080 | | 8/17/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.58) | $0.00 | $0.00 | $13.07 | 477081 | | 8/17/07 | |
| Supplies-MailPosta | 8/24/2007 | ($2.00) | $0.00 | $0.00 | $11.07 | 477123 | | 5/2/07 | |
| Supplies-MailPosta | 8/24/2007 | ($1.65) | $0.00 | $0.00 | $9.42 | 477134 | | 7/2/07 | |
| Supplies-MailPosta | 8/24/2007 | ($1.65) | $0.00 | $0.00 | $7.77 | 477136 | | 7/2/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $7.36 | 477144 | | 6/17/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $6.95 | 477146 | | 6/17/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $6.54 | 477148 | | 7/9/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $6.13 | 477149 | | 7/9/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $5.72 | 477153 | | 7/6/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $5.31 | 477154 | | 7/6/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.75) | $0.00 | $0.00 | $4.56 | 477165 | | 8/8/07 | |

Date Printed: 12/12/2007

# Individual Statement
## From June 2007 to November 2007

Page 3 of 5

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $21.35 |
|---|---|---|---|---|---|---|---|
| 00319264 | Biggins | James | | | | Ending Month Balance: | $3.30 |
| Current Location: | 22 | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $4.15 | 477199 | | 6/6/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $3.74 | 477200 | | 6/6/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.75) | $0.00 | $0.00 | $2.99 | 477203 | | 6/4/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.75) | $0.00 | $0.00 | $2.24 | 477204 | | 6/4/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.58) | $0.00 | $0.00 | $1.66 | 477216 | | 6/8/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.58) | $0.00 | $0.00 | $1.08 | 477215 | | 6/8/07 | |
| Supplies-MailPosta | 8/24/2007 | ($1.08) | $0.00 | ($2.42) | $0.00 | 477253 | | INDIGENT 8/1/07 | |
| Legal | 9/6/2007 | $0.00 | $0.00 | ($0.77) | $0.00 | 482587 | | AUG 07 | |
| Supplies-MailPosta | 9/10/2007 | $0.00 | $0.00 | ($3.18) | $0.00 | 484413 | | INDIGENT 9/4/07 | |
| Mail | 9/20/2007 | $35.00 | $0.00 | $0.00 | $35.00 | 488583 | 9284001108 | 9/13/07 | TAMMY COVINGTON |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($1.31) | $35.00 | 489101 | | 9/13/07 | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($0.41) | $35.00 | 489152 | | 9/15/07 | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($0.92) | $35.00 | 489153 | | 9/15/07 | |
| Supplies-MailPosta | 9/25/2007 | $0.00 | $0.00 | ($2.50) | $35.00 | 490543 | | 9/07 | |
| Supplies-MailPosta | 9/25/2007 | $0.00 | $0.00 | ($2.50) | $35.00 | 490544 | | 9/07 | |
| Canteen | 9/26/2007 | ($18.63) | $0.00 | $0.00 | $16.37 | 490790 | | 9/07 | |
| Supplies-MailPosta | 9/27/2007 | ($2.42) | $0.00 | $0.00 | $13.95 | 491957 | | INDIGENT 8/1/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.58) | $0.00 | $0.00 | $13.37 | 491971 | | 8/21/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.58) | $0.00 | $0.00 | $12.79 | 491972 | | 8/21/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.41) | $0.00 | $0.00 | $12.38 | 491994 | | 8/17/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.58) | $0.00 | $0.00 | $11.80 | 491995 | | 8/17/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.92) | $0.00 | $0.00 | $10.88 | 492020 | | 8/16/07 | |
| Supplies-MailPosta | 9/27/2007 | ($1.31) | $0.00 | $0.00 | $9.57 | 492238 | | 9/13/07 | |
| Supplies-MailPosta | 9/27/2007 | ($3.18) | $0.00 | $0.00 | $6.39 | 492316 | | INDIGENT 9/4/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.41) | $0.00 | $0.00 | $5.98 | 492439 | | 9/15/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.92) | $0.00 | $0.00 | $5.06 | 492440 | | 9/15/07 | |
| Supplies-MailPosta | 9/27/2007 | ($2.50) | $0.00 | $0.00 | $2.56 | 492555 | | 9/07 | |
| Supplies-MailPosta | 9/27/2007 | ($2.50) | $0.00 | $0.00 | $0.06 | 492554 | | 9/07 | |
| Mail | 9/28/2007 | $20.00 | $0.00 | $0.00 | $20.06 | 492719 | 1109231 9010 | 9/25/07 | SISSY |
| Pay-To | 10/1/2007 | ($1.00) | $0.00 | $0.00 | $19.06 | 493708 | | DST COPIES | |
| Supplies-MailPosta | 10/5/2007 | $0.00 | $0.00 | ($0.75) | $19.06 | 496496 | | | |

## Individual Statement
### From June 2007 to November 2007

| Date Printed: | 12/12/2007 | | | | | | | | Page 4 of 5 |
|---|---|---|---|---|---|---|---|---|---|
| SBI | Last Name | | First Name | MI | Suffix | | | Beginning Month Balance: | $21.35 |
| 00319264 | Biggins | | James | | | | | Ending Month Balance: | $3.30 |
| Current Location: | 22 | | | Comments: | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 10/5/2007 | $0.00 | $0.00 | ($0.75) | $19.06 | 496497 | | 9/25/07 | |
| Legal | 10/5/2007 | $0.00 | $0.00 | ($0.77) | $19.06 | 496615 | | SEPT. 07 | |
| Legal | 10/5/2007 | $0.00 | $0.00 | ($29.00) | $19.06 | 496616 | | 9/25/07 | |
| Supplies-MailPosta | 10/5/2007 | ($0.75) | $0.00 | $0.00 | $18.31 | 496785 | | 9/25/07 | |
| Supplies-MailPosta | 10/5/2007 | ($0.75) | $0.00 | $0.00 | $17.56 | 496786 | | 9/25/07 | |
| Legal | 10/5/2007 | ($0.77) | $0.00 | $0.00 | $16.79 | 496840 | | JP COURT 06/07 | |
| Legal | 10/5/2007 | ($0.77) | $0.00 | $0.00 | $16.02 | 496842 | | JP COURT 7/2007 | |
| Legal | 10/5/2007 | ($0.77) | $0.00 | $0.00 | $15.25 | 496843 | | AUG 07 | |
| Legal | 10/5/2007 | ($0.77) | $0.00 | $0.00 | $14.48 | 496851 | | | |
| Legal | 10/5/2007 | ($14.48) | $0.00 | $0.00 | $0.00 | 496852 | | SEPT. 07 | |
| Legal | 10/5/2007 | $0.00 | $0.00 | $29.00 | $0.00 | 496873 | | CORRECTION SEPT | |
| Legal | 10/5/2007 | $29.00 | $0.00 | ($14.52) | $29.00 | 496875 | | CORRECTION SEPT | |
| Legal | 10/5/2007 | ($14.52) | $0.00 | $0.00 | $14.48 | 496876 | | SEPT. 07 | |
| Canteen | 10/10/2007 | ($14.45) | $0.00 | $0.00 | $0.03 | 497874 | | | |
| Supplies-MailPosta | 10/12/2007 | $0.00 | $0.00 | ($0.41) | $0.03 | 499418 | | 9/28/07 | |
| Supplies-MailPosta | 10/12/2007 | $0.00 | $0.00 | ($4.60) | $0.03 | 499486 | | 10/2/07 | |
| Supplies-MailPosta | 10/19/2007 | ($0.03) | $0.00 | ($0.38) | $0.00 | 503085 | | 9/28/07 | |
| Mail | 10/23/2007 | $25.00 | $0.00 | $0.00 | $25.00 | 504376 | 0524544857 | | WARNER WILSON |
| Mail | 10/24/2007 | $10.00 | $0.00 | $0.00 | $35.00 | 505066 | 11796795448 | | C RICHARDSON |
| Supplies-MailPosta | 10/25/2007 | ($0.38) | $0.00 | $0.00 | $34.62 | 505825 | | 9/28/07 | |
| Supplies-MailPosta | 10/25/2007 | ($4.60) | $0.00 | $0.00 | $30.02 | 505876 | | 10/2/07 | |
| Mail | 10/29/2007 | $20.00 | $0.00 | $0.00 | $50.02 | 506341 | 11092321416 | | C BIGGINS |
| Canteen | 10/31/2007 | ($19.84) | $0.00 | $0.00 | $30.18 | 507192 | | | |
| Pay-To | 11/1/2007 | ($1.00) | $0.00 | $0.00 | $29.18 | 508895 | | DISTRICT OF DE | |
| Legal | 11/2/2007 | $0.00 | $0.00 | ($0.77) | $29.18 | 508927 | | JP CT | |
| Legal | 11/2/2007 | ($0.77) | $0.00 | $0.00 | $28.41 | 509263 | | JP CT | |
| Canteen | 11/7/2007 | ($19.79) | $0.00 | $0.00 | $8.62 | 510755 | | | |
| Mail | 11/7/2007 | $10.00 | $0.00 | $0.00 | $18.62 | 511168 | 0676054125 | | C RICHARDSON |
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($2.84) | $18.62 | 511997 | | 10/20/07 | |
| Supplies-MailPosta | 11/13/2007 | $0.00 | $0.00 | ($2.67) | $18.62 | 512819 | | 10/27/07 | |
| Canteen | 11/14/2007 | ($12.69) | $0.00 | $0.00 | $5.93 | 513724 | | | |

## Individual Statement
### From June 2007 to November 2007

Date Printed: 12/12/2007

Page 5 of 5

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00319264 | Biggins | James | | | Beginning Month Balance: | $21.35 |
| Current Location: | 22 | | | Comments: | Ending Month Balance: | $3.30 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 11/26/2007 | $10.00 | $0.00 | $0.00 | $15.93 | 517925 | 17710764303 | 10/28/07 | C RICHARDSON |
| Supplies-MailPosta | 11/26/2007 | $0.00 | $0.00 | ($0.41) | $15.93 | 517959 | | | |
| Canteen | 11/28/2007 | ($6.30) | $0.00 | $0.00 | $9.63 | 518994 | | | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | $9.63 | 520374 | | 11/16/07 | |
| Supplies-MailPosta | 11/29/2007 | ($0.41) | $0.00 | $0.00 | $9.22 | 520850 | | 10/28/07 | |
| Supplies-MailPosta | 11/29/2007 | ($2.84) | $0.00 | $0.00 | $6.38 | 521087 | | 10/20/07 | |
| Supplies-MailPosta | 11/29/2007 | ($2.67) | $0.00 | $0.00 | $3.71 | 521208 | | 10/27/07 | |
| Supplies-MailPosta | 11/29/2007 | ($0.41) | $0.00 | $0.00 | $3.30 | 521438 | | 11/16/07 | |

Ending Month Balance: $3.30

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: ($0.77)
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00



I/M James Arthur Biggins
SBI# 319264   UNIT 22/A-X-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

Clerk M. Pton Dalle
Clerk of the Court
844 N. King Street Lock Box 18
Wilmington, Delaware 19801

UNITED STATES POSTAGE
$ 00.58⁰  JAN 04 2008
PITNEY BOWES
02 1A
0004608975
MAILED FROM ZIP CODE 19977