In The United States District Court
For The District Of Delaware

James Arthur Biggins,
Plaintiff,

vs

Gov. Ruth Ann Minner, and the State of Delaware, et al.,
Carl C. Danberg, and the Delaware Dept of Corr, et al.,
John Rundle, and the Correctional Medical Serv's, Inc., et al.,
Judith Mellen, and the Delaware Center for Justice, et al.,
Janet Laban, and the Delaware Chapter of the Americans with Civil Liberties Union, et al.,
Defendant's each sued in their individual and official capacities.

Civil Action No. 08-4 (GMS)

Jury Trial Demanded



BD scanned

To: Mr. Peter Dello
U.S. District Court House
844 N. King Street, Lock box 18
Wilmington, Delaware 19801

Mr. Dello,
   Pursuant to Rule 15(a), of Fed. R Civ. P., im requesting permission at this time to inform the Court, that I would like for my complaint when filed to reflect additionally names of Linda Hunter, Shelia Martin-Zook, and Diane Reeve, as defendants for Correctional Medical Services, Inc.

Thank you,
James Arthur Biggins

January 3, 2008

