To: The Honorable Gregory M. Sleet
United States District Court, Judges Chambers
United States District Courthouse, Lockbox 19
844 North King Street        08-4
Wilmington, Delaware 19801
Date: February 8, 2008
Re: Denial of Medical Care



FILED
FEB - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Your Honor,
    On 1/9/08, the court entered my 1983 under imminent danger in the matter of Biggins v. Minner, et al., 1-08-cv-4.

Sir, I would like to inform you that currently I've been without my Chronic Care meds for back and others since 1/10/08. Despite all the grievances i've filed, sick-calls and letters. I have not been seen still. I can barely get around and stay in pain. Could you please expedite my case under Emergency Circumstances?

Thank you,
James Arthur Biggins

