IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ARTHUR BIGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-04-GMS |
| | ) |
| GOVERNOR RUTH ANN MINNER, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## O R D E R

WHEREAS, the plaintiff, James Arthur Biggins, a prisoner housed at the Delaware

Correctional Center, Smyrna, Delaware, filed a civil rights lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, concurrent with the filing of the lawsuit, and also on February 7, 2008, the

plaintiff filed a motion for a temporary restraining order with declaration and a letter/motion

which the court construes as a motion for immediate injunctive relief for medical care,

specifically a need for chronic care medication (D.I. 3, 4, 10);

THEREFORE, at Wilmington this 11th day of February, 2008, IT IS

ORDERED that:

1. The defendants, Correctional Medical Services, Deputy Warden David Pierce, and

James Welsh shall, on or before February 19, 2008, file a response to the

plaintiff's motion and letter/motion, and specifically address the chronic care medication issue.

2. The responding defendants shall also provide copies of the plaintiff's pertinent

medical records with their response.

3. The clerk of the court is directed to serve a copy of the plaintiff's pending motions

(D.I. 3, 4, 10) upon the responding defendants Correctional Medical Services, Deputy Warden

David Pierce, and James Welsh, as well as the Attorney General of the State of Delaware.

_____

CHIEF, UNITED STATES DISTRICT JUDGE

FILED

FEB 1 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE