D.I. # _____

## CIVIL ACTION NUMBER: 08cv4 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

Postage              $  1.48
Certified Fee           2.65
Return Receipt Fee      2.15
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $ 6.28

Sent To: James Walsh c/o
Street, Apt. No.;
or PO Box No. 1181 Paddock Rd.
City, State, ZIP+4 Smyrna DE 19977

PS Form 3800, August 2006         See Reverse for Instructions

7007 2680 0003 3006 6000

Postmark: WILMINGTON DE 19801 FEB 11 2008 RODNEY SQUARE STATION USPS
08-4 GMS
```