D.I. #_____

## CIVIL ACTION
## NUMBER: 08cv4 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark Here — FEB 11 2008 — WILMINGTON DE 19801

Sent To: Dep. Warden David Pierce STA DCC
Street, Apt. No.; or PO Box No.: 1181 Paddock Rd.
City, State, ZIP+4: Smyrna DE 19977

PS Form 3800, August 2006      See Reverse for Instructions

7007 2680 0003 3006 5997