D.I. # _____

# CIVIL ACTION
# NUMBER: _____08 CV4 GMS_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark Here: FEB 11 2008 — WILMINGTON DE 19801 RODNEY SQUARE STATION USPS

Sent To: CMS c/o DCC
Street, Apt. No.; or PO Box No.: 1181 Paddock Rd.
City, State, ZIP+4: Smyrna DE 19977

PS Form 3800, August 2006    See Reverse for Instructions

7007 2680 0003 3006 5980