D.I. #_____

## CIVIL ACTION
## NUMBER: 08cv4 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — FEB 11 2008 — WILMINGTON DE 19801 — RODNEY SQUARE STATION USPS

Sent To: LORI S. MEYER, DEPUTY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE
Street, Apt. No.; or PO Box No.: 820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801

7007 2680 0003 3006 5966

PS Form 3800, August 2006       See Reverse for Instructions