

United States District Court

For the District of Delaware

*FILED*

FEB 14 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Acknowledgement of Service Form *scanned*
For Service By Return Receipt

Civil Action No. _08CV4- GMS_

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *C/o Hoof*  □ Agent  □ Addressee<br>B. Received by (Printed Name) *D. Hootwaae*  C. Date of Delivery *2/12/08* |
| 1. Article Addressed to:<br>*Corr. Medical Services*<br>*DCC*<br>*1181 Paddock Rd.*<br>*Smyrna DE 19977*<br>*08-4 GmS* | D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below: □ No<br><br>3. Service Type<br>□ Certified Mail  □ Express Mail<br>□ Registered  □ Return Receipt for Merchandise<br>□ Insured Mail  □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  □ Yes |
| 2. Article Number<br>(Transfer from service label)  7007 2680 0003 3006 5980 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |