United States District Court
For the District of Delaware



SS

RECEIVED FEB 15 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Acknowledgement of Service Form  Scanned
For Service By Return Receipt

Civil Action No. 08 CV 4 -GMS

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X C/o Hoof  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) D. Hooffnagle  C. Date of Delivery 2/13/08 |
| 1. Article Addressed to:<br>James Walsh<br>c/o DCC<br>1181 Paddock Rd.<br>Smyrna, DE 19977<br>08-4 GmS | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>2008 FEB 15<br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0003 3006 6069 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540