To: The Honorable Gregory M. Sleet
United States District Court
United States District Courthouse
Lockbox 18, 844 North King Street
Wilmington, Delaware 19801
From: James Arthur Biggins #319264
Delaware Correctional Center
1181 Paddock Road, P.O. Box 500
Smyrna, Delaware 19977

Date: February 15, 2008
Re: Biggins v. Minner, et al., C.A. No. 08-04-GMS



FILED

FEB 20 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RS scanned

Your Honor,

As you are aware, I've been trying to get medical care for myself for quit sometime now. Despite having submitted multiple sick call. All that has happen this week when an officer were able see medical personnel or the doctor, and tell them my request for medical treatment was to "put in a sick call. It has been especially difficult for now, because notwithstanding no medications. My back has been seriously bothering.

I honestly appreciate any assistance that you may be able to give to me. Please note as well. I receive a sick call request copy back on 2/9/07, although it stipulate that all meds had been reordered. Morning nurse (Kay) informed me this morning at 3:45 am, that she checked the prescription orders after have showed her this same sick call on Monday (2/11/08) and could not find any orders for meds in my name.

Sincerely,
James Arthur Biggins

1/24/08

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one) (MEDICAL) DENTAL  MENTAL HEALTH

Emergency

James Arthur Biggins
Name (Print)

Bldg #22 / A-1)-4
Housing Location

5/11/64
Date of Birth

#319264
SBI Number

1/29/08
Date Submitted

Complaint (What type of problem are you having)?

Third request to see doctor, Chronic care patient! All meds have Expired and my back hurts bad. One of my many medical conditions. Havesn't had pain medication since last ~~~ Thursday (1/24/08).

James Arthur Biggins
Inmate Signature

January 29, 2008
Date

### The below area is for medical use only.  Please do not write any further.

S: Pain med reordered. — gm/RN 1-24-08

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

2/10/08 appx 4:35 pm — RN Annie still waiting on pain medication to come in. No answer to whether or not I'll get the 21M's for my dimension

A: that was only given to me for 4 days. 2/11/08 appx 5:35am RN Vena came giving morning meds ask her had my pain meds come in and 21M's She told me, they should or already have. But won't know for sure until they see what the med-

P: tech puts out. She has been on vacation tho last few weeks. 2/14/08 appx: 3:15am RN Kaya accompanied by Sgt. Tibbs advised me that she had checked the medications after I had showed her the copy of my sick call Monday morning for reordered meds. Told me that there isn't any new orders in for me.

E: nursing please check into this + take care of problem. 2/4/08 HWSD

Provider Signature & Title
Received 1-30-08, 0900

Date & Time
J. McKenzie RN

Returned 2/9/08

\* Urgent

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY:  DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

James Arthur Riggins
Name (Print)

Bldg #22  (A-U-4)
Housing Location

May 11, 1964
Date of Birth

#319214
SBI Number

February 5, 2008
Date Submitted

Complaint (What type of problem are you having)?

Need to a doctor (A.S.A.P.) for renewal of Chronic Care medications.
My back is severally restricting my moves, having already been without pain meds,
etc., for weeks as well as other medications!

James Arthur Riggins
Inmate Signature

February 5, 2008
Date

**The below area is for medical use only.  Please do not write any further.**

S: already scheduled to see MD, -8m/RN 2-13-08

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

Provider Signature & Title

Date & Time

Received 2-7-08, 0815  J. McKenzie RN
(copy sent to ____ )

3/1/99 DE01
FORM#:

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

James Arthur Biggins
Name (Print)

Bld #22    KLU-4
Housing Location

May 11, 1961
Date of Birth

#319251
SBI Number

2/7/08
Date Submitted

Complaint (What type of problem are you having)?

This is my 5th sick-call, need to see the doctor. Have no meds and my back is causing severe pain, and having headaches.

James Arthur Biggins
Inmate Signature

February 7, 2008
Date

**The below area is for medical use only. Please do not write any further.**

S: Already scheduled to see MD, -8m/RN 2-13-08

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED

Received 2-11-08; 0930   J. McKenzie



I/M James Arthur Biggins
SBI# 319624    UNIT #M/A-U
DE. WARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
$ 00.41°
02.1A
0004608975    FEB 16 2008
MAILED FROM ZIP CODE 19977

To the Clerk of the Court
United States District Court House
Lockbox 18, 844 North King Street
Wilmington, Delaware
19801