UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ARTHUR BIGGINS, ) | |
| ) | Case No. 008-004 GMS |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| GOV. RUTH ANN MINNER, ET AL, ) | |
| ) | |
| Defendants. ) | |

-------------------------------------------------------

# SEALED EXHIBITS

Sealed Exhibits to Docket Item # 25