# CERTIFICATE OF SERVICE

I, James Drnec, hereby certify that on the 22nd day of February 2008, the foregoing Correctional Medical Services' Opposition to Plaintiff's Motion for Temporary Restraining Order in Response to Court's Order of February 11, 2008 and Sealed Exhibits were filed via CM/ECF and served upon the following via the manner indicated:

**FIRST CLASS MAIL**
James Arthur Biggins
#0319264
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**CM/ECF FILING**
Ophelia Michelle Waters, Esquire
Department of Justice
820 N. French Street, 8th Floor
Carvel Office Building
Wilmington, DE 19801

                                                 /s/ James E. Drnec
                                               James E. Drnec, Esquire (#3789)