IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES ARTHUR BIGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civil Action No. 08-04-GMS | |
| | ) | |
| GOVERNOR RUTH ANN MINNER, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AUTHORIZATION**

I, James Arthur Biggins, SBI #319264, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's Order dated February 11, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: Febeuae 12, 2008.

James Arthur Biggins
Signature of Plaintiff