In the United States District Court
For the District of Delaware

James Arthur Biggins,
Plaintiff,

vs.

Governor Ruth Ann Minner, et al.,
Defendants.

Civil Action No. 08-04-GMS

To the Honorable Gregory M. Sleet
U.S. District Court, Judges Chambers
Lockbox 19, 844 North King Street
Wilmington, Delaware 19801
Date: February 18th, 2008
Re: Immediate Injunctive Relief

Your Honor,

In lieu of my motion for immediate injunctive relief, I ask respectfully that you except this letter as my response to the named defendants failure to meet the Court's order requiring them to file the responses of my motion independently, specifically addressing my chronic care medication issue, by or before February 19th, 2008. In addition to providing therewith independent copies of my pertinent medical records.

Having each been correctly served with the Court's Order, all have failed to respond as has been requested, demonstrates the defendants continual refusal to adhere to rules, policies, regulations, statutes, and laws that governs their actions and conduct. Consciencely the plaintiff's hardship is a continual phase. And the moving parties actions are not going to cease without this court's intervention. The plaintiff's suffering is outweighing any potential harm that could be caused on the defendants.

In Closing, without this Court's immediate action, the plaintiff will continue to suffer unnecessarily. This grant of relief will serve the public interest because it is always in the public interest for prison officials to obey the law. Duran v. Anaya, 642 F.Supp. 510, 527 (D.N.M. 1986) (Respect for law, particularly by officials responsible for the administration of the state's correctional system, is in itself a matter of the highest public interest). See also Llewelyn v. Oakland County Prosecutor's Office, 402 F.Supp. 1379, 1393 (E.D. Mich 1975) (The constitution is the ultimate expression of the public interest).

/s/ James Arthur Biggins

## Certificate of Services

I, James Arthur Biggins, the plaintiff herein declare under penalty of perjury that I've forwarded true copies of this letter/motion, to be served on the following parties:

To: Joseph F. Biden III (Att. Gen)
Delaware Department of Justice
820 North French Street, 6th Floor
Wilmington, Delaware 19801

To: Ronald Moore (CMS Regional Administrator)
Delaware Correctional Center's Infirmary
1181 Paddock Road, P.O. Box 500
Smyrna, Delaware 19977

By Placing Same in sealed envelopes and depositing same in the U.S. Mail at the Delaware Correctional Center, Smyrna DE 19977.

/s/ James Arthur Biggins
James Arthur Biggins #319164
Delaware Correctional Center
1181 Paddock Road, P.O. Box 500
Smyrna, Delaware 19977

Date: February 19, 2008



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ARTHUR BIGGINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08-04-GMS ) |
| GOVERNOR RUTH ANN MINNER, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

WHEREAS, the plaintiff, James Arthur Biggins, a prisoner housed at the Delaware Correctional Center, Smyrna, Delaware, filed a civil rights lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, concurrent with the filing of the lawsuit, and also on February 7, 2008, the plaintiff filed a motion for a temporary restraining order with declaration and a letter/motion which the court construes as a motion for immediate injunctive relief for medical care, specifically a need for chronic care medication (D.I. 3, 4, 10);

THEREFORE, at Wilmington this 11th day of February, 2008, IT IS ORDERED that:

1. The defendants, Correctional Medical Services, Deputy Warden David Pierce, and James Welsh shall, on or before February 19, 2008, file a response to the plaintiff's motion and letter/motion, and specifically address the chronic care medication issue.

2. The responding defendants shall also provide copies of the plaintiff's pertinent medical records with their response.

3. The clerk of the court is directed to serve a copy of the plaintiff's pending motions

(D.I. 3, 4, 10) upon the responding defendants Correctional Medical Services, Deputy Warden David Pierce, and James Welsh, as well as the Attorney General of the State of Delaware.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
FEB 1 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M James Arthur Biggins
SBI# #319264   UNIT W/A-U-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Auy

C/O: The Clerk of the Court
U.S. District Court
Lock box 18, 844 North King Street
Wilmington, Delaware
19801

NEEDS
POSTAGE
O₹ PAY
00.70