## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELWARE

| | | |
|---|---|---|
| JAMES ARTHUR BIGGINS, et al, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 08-004-GMS |
| | ) | |
| GOV. RUTH ANN MINNER et al, | ) | |
| | ) | |
| Defendants. | ) | |

# SEALED
# EXHIBIT A