UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES ARTHUR BIGGINS, | ) | |
| | ) | Case No. 008-004 GMS |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| GOV. RUTH ANN MINNER, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

AFFIDAVIT OF LOUISE DESROSIERS, M.D.

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) |
| COUNTY OF KENT | ) |

I, LOUISE DESROSIERS, M.D., being duly sworn hereby aver as follows:

1. I am over the age of 18 and competent to make this affidavit. I am one of Plaintiff's treating physicians.

2. After four years, medical orders should be reviewed and reassessed.

3. CMS has attempted to treat Plaintiff's lower back with pain medications and muscle relaxants, including Soma, Feldene, Ultram, Tylenol 3, Neurontin and Robaxin. This course of treatment has had limited success, and it was determined to try to reduce his dependence on narcotic medications and try other options, such as physiotherapy.

4. On December 4, 2007, Ultram and Neurontin were discontinued.

5. On December 4, 2007, Tylenol 3 and Robaxin were started.

6. Plaintiff was given physiotherapy in December 2007 and appears to have responded well.

7. Plaintiff's condition, and the approach to his treatment, is being re-evaluated. He has undergone a physical exam, and radiographic studies are being updated to determine whether to continue conservative treatment or whether more aggressive modalities are warranted.

8. On February 5, 2008 Tylenol 3 was stopped temporarily. Plaintiff has been re-assessed and has been prescribed Vicodin for five days after which time Tylenol 3 will be restarted.

FURTHER THE AFFIANT SAYETH NOT

_____
Louise Desrosiers, M.D.

LAURA LEA PRICE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires February 28, 2009

_____
Witness -- Notary
My commission expires:

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 3rd day of March 2008, the foregoing Affidavit of Louise Desrosiers, M.D. was filed via CM/ECF and served upon the following via the manner indicated:

**FIRST CLASS MAIL**
James Arthur Biggins
#0319264
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**CM/ECF FILING**
Ophelia Michelle Waters, Esquire
Department of Justice
820 N. French Street, 8th Floor
Carvel Office Building
Wilmington, DE 19801

/s/ James E. Drnec
James E. Drnec, Esquire (#3789)