United States District Court
District of Delaware

James Arthur Biggins,
Plaintiff,

vs.

Governor: Ruth Ann Minner, et al.,
Defendants.

C.A.No.1-08-04 GMS



Dated: February 29, 2008

To: Mr. James E. Drnec, Esquire
Balick and Balick Attorney's at Law
711 King Street
Wilmington, Delaware 19801

Dear Mr. Drnec.

Please except this letter regarding CMS medical personnel, more specifically certain doctors and/or nurse practitioners. In the past I have voiced my concerns regarding the unprofessional conduct of Dr. Sattie Gombey Ali and N/P Thoma Chucks, in so doing I've requested that neither be involved in any medical treatment or decisions made on my behalf. Further noticably missing from your submission of my medical history is any evidence of my former requests.

Therefore, am reinteresting those requests and to include the prohibitation of any medical procedures or decisions made by Dr. Louise Desrosiers. Due not only to her past medical practices, but also involves those that has come to light through my evaluation of those portions of my medical history that you have provided for the court. Such as failing to inform me of the results of valuable tests detailing information that I need to know, but was never disclosed to me like having "renal failure" which I still don't know about or in the descrepancies between dates and what she exactly ordered and told me something different, or prescribing medications without bringing me in as required for consultation, etc.

However, the most astonishing event for me was her re-prescribing for me again on 2/21/08, the muscle relaxer "Para Fane Forte". Demonstrated for me that my health is not at the top of Dr. Desrosiers list. As i have already provided, this drug is fundamentally unsafe for me to take and is known to cause me irregular frequent bowl movements and a bloody stool. Not to mention the conditions it causes to liver and kidneys, just goes to show how unethical CMS medical personnel decisions can range! So as my right im requesting that the before mentioned person's have no performances accosiated with me and in light of this ongoing litigation between the parties. Mr. Deaver, this in no will prohibit CMS from caring for me on annual visits for chronic care (which is the only times that im seen) because i can be scheduled for transport to the main compound for treatment to be cared for by Dr. Freddick Vandusen or others. This further does not put a undue burden upon DCC, because transports are run daily for various reasons.

Thus, im withdrawing my consent to be treated by the above mentioned person's. Bezoska v. Olson, 668 A.2d 1355, 1360 (Del. Supr. 1995)(citing Prosser and Keenton on Torts §§9, 18 (5th ed. 1984). The intent need not be intended to cause harm; defendant need only make contact with the persons. Id. (citing Prosser and Keenton, §8 at 36). See also Newmark v. Williams, 588 A.2d 1108, 1116 (Del. Supr. 1991).[1]

XC: File  
U.S. District Court  
Warden's Office  
CMS Admin: Ron Moore  
Bureau Chief: Rick Kearney (via)→  
Commissioner: Carl Danberg

James Arthur Biggins #319264  
Delaware Correctional Center  
1181 Paddock Road, Unit #22 /A-U-4  
Smyrna, Delaware 19977

---

[1] Evidence of claim see exhibits (A) Dr. Desrosiers last treatment; (B)(1) thru (C)(4) Letters, grievance and sick-call requesting medical treatment cease by certain medical personnel.

2



## Treatment Topics & Resources

## The Patient's Bill of Rights

The following was adopted by the US Advisory Commission on Consumer Protection and Quality in the Health Care Industry in 1998. Many health plans have adopted these principles.

**Information Disclosure.** You have the right to accurate and easily understood information about your health plan, health care professionals, and health care facilities. If you speak another language, have a physical or mental disability, or just don't understand something, assistance will be provided so you can make informed health care decisions.

**Choice of Providers and Plans.** You have the right to a choice of health care providers that is sufficient to provide you with access to appropriate high-quality health care.

**Access to Emergency Services.** If you have severe pain, an injury, or sudden illness that convinces you that your health is in serious jeopardy, you have the right to receive screening and stabilization emergency services whenever and wherever needed, without prior authorization or financial penalty.

**Participation in Treatment Decisions.** You have the right to know your treatment options and to participate in decisions about your care. Parents, guardians, family members, or other individuals that you designate can represent you if you cannot make your own decisions.

**Respect and Nondiscrimination.** You have a right to considerate, respectful and nondiscriminatory care from your doctors, health plan representatives, and other health care providers.

**Confidentiality of Health Information.** You have the right to talk in confidence with health care providers and to have your health care information protected. You also have the right to review and copy your own medical record and request that your physician change your record if it is not accurate, relevant, or complete.

**Complaints and Appeals.** You have the right to a fair, fast, and objective review of any complaint you have against your health plan, doctors, hospitals or other health care personnel. This includes complaints about waiting times, operating hours, the conduct of health care personnel, and the adequacy of health care facilities.

MHU
Law Library

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Name (Print): James Arthur Biggins
Housing Location: Bldg #22  A-11-4
Date of Birth: May 11, 1964
SBI Number: #319264
Date Submitted: February 22, 2008

Complaint (What type of problem are you having?): On 2/19/08, was seen by Dr. Desrosiers and was led to believe that she was prescribing me Tylenol #3 and Vicukon. However, I have been given no Tylenol #3 and instead of Vicukon, im being given Parathon forte which is in my file as being "not able to take" because it gives me a bloody stool and the runs. In essence I still have no medication for pain relief. What was Dr. Desrosiers treatment about? Need to see a doctor!

Inmate Signature: James Arthur Biggins
Date: February 22, 2008

**The below area is for medical use only. Please do not write any further.**

S: You have a current order for Tylenol #3 & it is in stock - JM/RN 2-25-08

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:

P:

E:

Provider Signature & Title: Received 2-25-08, 0900  J. McKenzie RN
Date & Time:

3/1/99 DE01
FORM #:
MED
263

Ex(A)

To: Mr. Paul Howard
Bureau Chief
Department of Prisons
245 McKee Road
Dover, Delaware 19904

From: James A. Biggins #319264
Delaware Correctional Center
Smyrna, Delaware 19977

Date: January 8, 2005
Re: Denial of Health Care

RECEIVED
JAN 14 2005
Deputy Warden II

E B&T

Dear Mr. Howard,

I would first like to acknowledge my great appreciation for your years of experince as a correctional administrator & individual consideration or care for my health care treatment in Grievance Appeal No. #5985.

Attached hereto is a copy of your decision and my request that was made marked A and B. Sir, shortly after having recieved your decision I placed a sick call request slip with the medical department. On Jan 3, 2005. I was seen by NPC (Thumio Chuchs), you should note that her attitude towards providing my proper health care remains as has been described in my initial grievance. See exhibit marked C. Nonetheless, I brought her up to speed as to what had taken place through the grievance system. Notwithstanding that she was aware that I was there about medical needs, she maintained that she knew nothing of the decison that had been rendered.

Ex (B)

Upon me telling her of your decision, she seemed in disbelief and requested proof. I showed her your memo sent to me on or about Dec 20, 2007. See exhibit A. After reading it she simply said "oh, there's nothing that I can do about your treatment. You will have to see Dctr. Ali, all I can do is make you an appointment to see her". I ask her did she want to make copies of the paperwork that I had gotten from you for the record, she said no and did'nt make any copies for Dctr. Ali's review. Note, further that upon leaving NPC (Thumio Chucks), Dctr. Ali and myself passed one another. I did'nt say anything to her because of what NPC (Thumio Chucks) had told me.

Sir, despite being there another 45 minutes no attempt was made to see me by Dctr. Ali. Moreover, why do I need to be seen anyway? As you have decided and as the record speaks all the examinations and x-rays have been conducted and treatment has been determined. My pain and suffering continues. How long or what will it take for me to properly treated. I've also attached a copy of another grievance about the dental department's practice in delaying tooth extraction for 4 to 6 weeks in both non-emergency and emergency incidences. This too is deliberate indifference under the 8th Amendment. Respectfully, Sir, im looking forward to your reply to these concerns shortly.

Thank you,
James Arthur Riggins

xc: File
A.C.L.U. National Office
Office of the Lt. Governor
Superior Court (Judge's Chambers)

Ex(B)(2)

In Case Of: Ms. Debbie Rodweller
Medical Grievant Officer for CMS
Delaware Correctional Center
Smyrna, Delaware 19977

From: James Arthur Biggins #319264
Delaware Correctional Center
Smyrna, Delaware 19977

Re: Medical Staff Unprofessional Conduct
and Untrained Medical Practicing

Date: July 24, 2006

Official Complaint

Dear Ms. Rodweller,

Under the advice and authority of institution grievant chairperson (Lisa M. Merson), I have been told in writing to currently address all of my medical complaints regarding services and staff personnel treatment to you. And upon that advice this complaint is hereby being filed. In the persuit of saving time, I have enclosed copies of the complaints I've submitted to the Dept of Administrative Services.

I further believe that you shall find each complaint self-explanatory and sufficiently demonstrates the parties conduct, acts or actions fully. And request that those parties be hereon prohibited from assisting or practicing any medical procedures regarding my health care. Refusal to do so will result in me proceeding with filing criminal charges of negligence and intentional battery. See Brzoska v. Olson, 668 A.2d 1355, 1360 (Del. Supr. 1995)(citing Prosser and Keeton on Torts, §§ 9, 18 (5th ed. 1984), under Newmark v. Williams, 588 A.2d 1108, 1116 (Del. Supr. 1991)(holding a doctor may be liable for battery where he performed surgery on a child after the child's parents rejected treatment). I am withdrawing consent to

Ex(C)(1)

have George-Anna (last name unknown) and nurse practitioner Ihuma Chucks from any type of medical or dental performance of service. George-Anna has repeatedly shown an "hostile attitude towards my medical treatment (having worked in several different departments). Mrs. Ihuma Chucks operating as a (nurse practitioner) has repeatedly shown a lack of professional consideration. As well as lacking in her qualifications, training and licensing. See Hughes v. Joliet Correctional Center, 931 F.2d 425, 428 (7th Cir. 1991); Williams v. Edwards, 547 F.2d 1206, 1216-18 (5th Cir. 1977).

Sincerely,
James Arthur Biggins

Certificate Of Service

I, James Arthur Biggins, declare under penalty of perjury that I have served true and correct copies of the attached: Letter Of Complaint/Exhibits upon the following parties:

To: Carl Danberg (A.G.)
Carvel State Office Building, 6th Floor
820 North French Street
Wilmington, Delaware 19801

To: Warden Thomas L. Carroll
Warden's Office
Delaware Correctional Center
Smyrna, Delaware 19977

To: Paul Howard (B.O.P. Chief)
Delaware Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

To:

By placing same in sealed envelopes and depositing same in the U.S. Mail at the Delaware Correctional Center, Smyrna, DE 19977.

Dated: July 24, 2006

James Arthur Biggins
James Arthur Biggins #319264
Delaware Correctional Center
Smyrna, Delaware 19977

Ex.(C)(2)

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 08/22/2006

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BIGGINS, JAMES A | SBI# : 00319264 | Institution : DCC |
| Grievance # : 61689 | Grievance Date : 08/10/2006 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 07/05/2006 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg E, Tier B, Cell 8, Top | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: I was seen by NP Chucks who told me that she was under orders to discontinue anyone she seen who got Soma as a pain medication. So instead of reordering it as part of my med renewal, she did order me nothing for pain relief. Since that time I've filed 2 sick call to be seen by the CMS Regional Medical Director. One on 7/12/06 and another filed 8/8/2006, because I was told only the director could approve me for my pain back medication. However, I've received from Mr. Altman, quality assurance monitor, that this practice of discontinuing my back pain medication should never have happened and it is not policy that Soma be stopped.

**Remedy Requested :** Would like to have the proper medication and no more discontinuations.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 08/22/2006 |
| Investigation Sent : 08/22/2006 | Investigation Sent To : Rodweller, Deborah |
| Grievance Amount : | |

Met with Mr. Rundle at 7:10am (10/17/06) and discussed with me my medical situation as a whole, and agreed with all my grievance issues. Said that he wasn't a doctor ask me about the Backlum which is the medication they are now giving me in substitute for the Soma. First of all "Backlum" is a muscle relaxer and not a pain reliever, so it doesn't do nothing. He said "I promise you that I'll make for you an appointment with our new medical director. You don't have to see NP. Chumo any more". I explained to him her selfish and unprofessional treatment towards me that dated back to 2004. He had no comment.

(Do not wish to be seen by any Nurse Practitioners)

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **(MEDICAL)** DENTAL  MENTAL HEALTH

Name (Print): James Arthur Biggins
Housing Location: E/Building
Date of Birth: 5/11/64
SBI Number: 319264
Date Submitted: 1/23/07

Complaint (What type of problem are you having)? Need to see Dr. Van Dusen immediately. I reported (via) letter to him in December 2006, that the meds he prescribed for my back was causing me to suffer irregular bowl movements when taken. Plus, once again I'm past my 90 day chronic care evaluation (1/12/07) and am completing out of all medicines and can't get any until he sees me!

Inmate Signature: James Arthur Biggins
Date: January 23, 2007

---

The below area is for medical use only. Please do not write any further.

S: Schedules c MD ec

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

RECEIVED JAN 2 4 2007

E:

Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED
263

Ex(C)(4)