CA 07-594 GMS
CA-08-04 GMS

To: Mr. Peter Dello
Clerk of the Court
844 North King Street
Wilmington, Delaware 19801

Dated: March 11, 2008

Re: Case Docket Sheets

Mr. Dello, on or about October of 2007, I sent in a petition under Fed. Civil Rules of Procedures 60(6)(B) Motion For Relief From Judgment. However, sir, I have not received any information from the Court regarding this matter. I would like a docket sheet showing the case now disposition.

There is also pending Biggins v Minner, et al, 1-08-04; and 1-07-594 that I'm also requesting docket sheets of please.

Thank you,
James Arthur Biggins

FILED
MAR 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M James Arthur Biggins
SBI# #319264    UNIT #22/A-U-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail
C/O: Mr. Peter Dello, Clerk
United States District Courthouse
844 North King Street, Lockbox 18
Wilmington, Delaware
19801