OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 17, 2008

TO:

**James Arthur Biggins**
#0319264
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

      **RE:  REQUEST FOR COPY OF DOCKET,**
          **C.A. NO.  07-594 GMS**
          **C.A. No.  08-04 GMS**

Dear Mr. Biggins:

      This is in response to your letter received 3/14/08 requesting a copy of the docket in the above noted civil actions.

      Please be advised that the fee for copies (including docket sheets) is fifty cents ($.50) per page.  Should you require copies (including docket sheets) in the future, please be aware of this fee requirement.  Prepayment should be sent with your request, check or money order payable to Clerk, United States District Court.

      Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

              Sincerely,

/rwc

              PETER T. DALLEO
              CLERK

cc:   The Honorable Gregory M. Sleet