In The United States District Of Delaware

James Arthur Biggins,
    Plaintiff,
vs
Governor Ruth Ann Minner, et al.
    Defendants.

C.A. No. 1-08-04 GMS

To: The Honorable Gregory M Sleet
Judges Chambers
U.S. District Court House
844 North King Street
Wilmington, Delaware 19801



FILED
APR 11 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

You're Honor:

    With deep respect of you're time, I again submit documentation of the defendants intentional deprivations of health care of my serious medical needs that has now been demonstrated at such severity that it now essentially amounts to a form of punishment warranting immediate attention. Ramos v Lamm, 10th Cir, 639 F.2d 559 (1980) cert. denied, 450 U.S. 1041 (1981); Inmates of Allegheny Co. Jail v Pierce, 3 Cir, 612 F.2d 754 (1979); Cruz v Ward, 2d Cir, 558 F.2d 658 (1977), cert. denied, 434 U.S. 1018 (1978); Robert E. v Lane, ND Ill., 530 F. Supp 930 (1980); Griffin v Smith, W.D.N.Y. 493 F. Supp 129 (1980). See exhibit (A) (Medical Sick Call, informing that im once again without chronic care med for back condition and would like to be seen immediately), Exhibit (B) (Emergency Medical Grievance) (requesting investigation into their monitoring and medical record keep. And advising them to treat the grievance with urgency). Note further, these medical issues have been exhausted repeatedly and is the grounds on which this case was filed.

    You're Honor, the defendants practices are willful and wanton. And I nor anyone else should continuously be subjected to this "cruel and unusual and unnecessary punishment. Spruill v Gillis, 372 F.3d 218, 235 (3d Cir. 2004), Jackson v Fauver, 334 F Supp. 2d 697, 736 (D N J 2004).

X C.File;
James E. Depec (All CMS); and
Ophelia M Waters (All State Defendants)

                                 James Arthur Biggins

*Emergency!

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Name (Print): James Arthur Biggins
Housing Location: MHU #22 / A-U-4
Date of Birth: May 11, 1964
SBI Number: #319264
Date Submitted: April 8th, 2008

Complaint (What type of problem are you having)? On Saturday (April 5th, 2008), I was informed once again that the chronic care treatment meds (Tylonel 3) had expired. I have nothing for pain management and suffer dailey constantly, you-all had already failed to give me anything else to assist with the (Tylonel 3) for back pain in the last 3 months or so. Despite youre alleged record keeping system, this still happens. I need to see a doctor immediately/please.

Inmate Signature: James Arthur Biggins
Date: April 8th, 2008

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

Provider Signature & Title                    Date & Time

X.C: File
U.S. District Court, C.A. No. 1-08-04 GMS

James E. Denec, Esquire
Ophelia M. Waters, Esquire

Ex. A

*X.C. File*
*U.S. District Court, C.A. No. 1-08-04 GMS*
*James E. Drewer, Esquire*
*Ophelia M. Waters, Esquire*

*Emergency Grievance*

FORM #585

**MEDICAL GRIEVANCE**

FACILITY: Delaware Correctional Center         DATE SUBMITTED: April 8th, 2008

INMATE'S NAME: James Arthur Biggins            SBI#: #319264

HOUSING UNIT: MHU #22 / A-U-4                  CASE #:

////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: On-Going

TYPE OF MEDICAL PROBLEM: Those in charge please recognize that pain meds are needed to stop pain. Despite having won on appeal for the CMS record keeping policy to confirm to their "Action Plan" to monitor chronic care and special needs patients medication(s) and doctor required appointments regularily under their agreement with the State of Delaware and the U.S. Dept of Justice, which accordingly is supposed to be in place and effective 12/30/07. Here we are 4 months in and despite CMS had having since 12/30/06, to get their system together nothing still hasn't changed! I have now been without any assistance pain relief meds that work in conjunction with the minimum effective relief from the (Tylonol 3) for over 4 months. And have been prescribed with the doctor's knowledge "Percocet Forte" twice, that adversely affects me. And like always, I'm again without now any medication for my chronic care medical problem with my back. Note that I'm requesting this grievance be treated with priority (An Emergency) and someone get me immediately a doctor's appointment to take care of the situation.

GRIEVANT'S SIGNATURE: James Arthur Biggins        DATE: April 8th, 2008

ACTION REQUESTED BY GRIEVANT: Would like an investigation conducted on the emphasis of your agreement to improve your record keeping, monitoring of chronic care and special needs patients medical treatment. And implement those policies to ensure that my health care needs are adequately met. Am I a special case, to whom is repeatedly retaliated against for my redresses?

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

Ex. B

