In the United States District Court
In And For the District of Delaware

To the Honorable Gregory M. Sleet
Judges Chambers
U.S. District Court House
844 North King Street
Wilmington, Delaware 19801

08-04 GMS
07-594 GMS



Your Honor:

Still in deep respect for you're time, and request that you except this letter and accompanying sworn affidavit of further retaliation by DCC staff members for my constitutional right to submit institutional grievances and address the courts. Sir, it is aboundantly clear that their actions are by no precipitation of my doing. And are aimed at serving one sole purpose retaliation and/or punishment!

In Closing, on my behalf certainly my requests are warranted.

Dated: April 10, 2008

XC: File,
Warden's Office,
Commissioner's Office,
Governor's Office, and
Office of Atty. General of Delaware

Sincerely
James Arthur Biggins
James Arthur Biggins #319264
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

---

*1. Your Honor, as a pro se litigant pursuant to Federal Rules of Civil Procedures, Rule 34. I am forwarding copies of this affidavit and others to the State's Attorney General's Office, in addition to the above named administrative executives to prohibit Cpl. Molly Cross, Stf/Lt. Alisa Profaci, and Cpt. Mc Creanor from participating or practicing in any official way, any job involving me because of retaliation.

In The United States District Court
In And For The District Of Delaware

James Arthur Biggins,
Plaintiff,

vs.

Governor: Ruth Ann Minner, et al.,
Defendants.

C.A.No.1-08-04 GMS

## Sworn Affidavit

I, James Arthur Biggins, Plaintiff in the above captioned case, do hereby declare under penalty of perjury that the hereafter statements are true and correct to the very best of my knowledge and recollection.

1. On the morning of April 9, 2008, at approximately 10:20 am or so Officer Treehune came and informed me that I had a grievance hearing.

2. Being caught off guard and unperpared because Sunday the grievance hearing notification had just been posted for upcomming institutional grievances. The notice further informed that the hearings would not be conducted until April 19, 2008, and to be ready.

3. Nonetheless, I open my cell door wide so that grievant chairperson Cpl. Molly Cross could see that I was trying to prepare myself.

4. By the time I had prepared myself within minutes and proceeded to go down stairs, Cpl. Cross begins hollering "come on I aint got all day. You should've been ready."

5. I responded by asking her was it the 19th yet?

6. Cpl. Cross than said "I dont care what day it is. In here, you should've been ready. Look, you dont want your grievance heard. It makes me no difference, go lock you're damn ass in then. I dont care and write a grievance on me."

7. I informed Cpl. Cross, having never left from upstairs, but walking downward. "If you are going to act like that, I don't care."

8. Cpl. Cross abruptly got up from the dayroom rec area table and proceeded as if she was comming to confront me. I turned and went back to my cell locking the door.

9. Cpl. Cross could be heard blurting continual profanity and saying other things, eventhough I was locked in.

1.

10. Present and in close proximation of this event was Sgt. A. Acreman and my cell mate Lenord McDonald.

Dated: April 9, 2008

_Leonard McDonald_
Witness (sworn in absence of notary due to school)

Dated: April 10, 2008

_[signature]_
Affiant

Dated: April 10, 2008

_[signature]_
Notary

2.

*Urgent*

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Name (Print): James Arthur Biggins
Housing Location: MHU #22 / A-11-4
Date of Birth: May 11, 1964
SBI Number: #319264
Date Submitted: March 28, 2008

Complaint (What type of problem are you having)? I have already submitted at least four (4) other sick-calls requesting to be seen for chronic care med renewals, but has yet been given an appointment. Can you please tell me when im going to get seen, and when do my diet expires? Thank you.

Inmate Signature: James Arthur Biggins
Date: March 28, 2008

**The below area is for medical use only. Please do not write any further.**

S: You were seen in CCC on 3-3-08, your next CC appt is due 6-3-08. Also your diet expires 1-4-09. - JM/RN 4-3-08 (copy sent)

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:

P:

E:

Provider Signature & Title: Received 4-3-08; 0900 · J. McKenzie RN
Date & Time:

3/1/99 DE01
FORM#:
MED
263

I/M James Arthur Biggins
SBI# #319264   UNIT #22/A-U-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE  19977

Legal Mail

To: The Honorable Gregory M. Sleet
United States District Court House
844 North King Street, Lockbox 19
Wilmington, Delaware
19801

$ 00.41
U.S.M.S. X-RAY