Your Honor:                                            CA 08-04 GMS

    Attached to the Motion for Reconsideration, I've forwarded copies of Erickson, 127 S.Ct. 2197 (2007) and Meyer v. Department of Correction (Del.Dist. 2006), 2006 WL 890917 (Del.Dist) in which Judge Robinson issued an injunction for an inmate having his legal material confiscated.

    Certainly Sir, someone suffering daily from lack of approved specialized health care deserves equal or better consideration by a court of law.

                                          Thank you,
                                          James Arthur Biggens



FILED
MAY 20 2008
U.S. DISTRICT COURT