To The Honorable Chief Judge Gregory M Sleet
United States District Court Of Delaware
United States District Courthouse, Lockbox 19
844 North King Street, Judge Chambers
Wilmington, Delaware 19801-3570
Dated May 13, 2008
Re: Motion For Reconsideration, Biggins v. Minner, et al., C.A. No. 08-04-GMS

Your Honor:

Please find attached to which I respectfully ask to be considered with my current pending motion in the above captioned matter. 1. my status now that once again affects my daily life due to the pain and suffering from not having medication for my multiple back and spine conditions. Despite the defendants declarations, it is obviously clear that their assertions are not accurate. Pam the new Quality Control Monitor for Correctional Medical Services, came and assessed my medical file with me today at about 1:15 pm, May 12, 2008. With regards to my current situation of having no pain relief medications. She said that my medical records showing that Dr. Desrosiers only wrote the prescription for 30 days. Note that the attached exhibit p.2 illustrates that I had been informed that I don't need to see the doctor again until 6-3-08. The question must be ask why didn't she prescribe my meds for the length of that period. Mrs Pam, further informed me that she was going to try to see Dr. Desrosier about seeing me when she returned to the main compound when she was done. But, informed that she wasn't making any promises as to how long it would be, before she could see me. Being that they only have 1 physician to treat all 1800 inmates over here, between 24 housing units

Thank you for your time, sir.
James Arthur Biggins


FILED
BN
MAY 20 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In The United States District Court Of Delaware

To: Mr. Ron Moore (Regional Facility Director)
Correctional Medical Services, Inc.,
Delaware Correctional Center
Infirmary/Hospital
Smyrna, Delaware 19977

C.A. No: Biggins v. Moore, et al., 08-04-GMS

Dated: May 13, 2008
Re: Denial of Prescribed Medications

Dear Mr. Moore,

I've attached hereto as courtesy and convience a copy of my March 28, 2008 sick-call regarding not being dispensed accordingly daily medications allegedly prescribed for my chronic care treatment in dealing with my back conditions. Please note sir, that your medical personnel responding by information despite the facts! I had last been seen 3-3-08 and was renewed for (Tylenol 3 and Robaxin). At least that's what's stated as last prescriptions ordered by Dr. Desrosiers, and that those prescriptions did not expire until 6-3-08, my next scheduled chronic care appointment. The problem is again sir, Im sitting here suffering having not been destributed Tylenol 3 since Friday, May 9, 2008, four days ago. And havent received any Robaxin since January 2008. My Multi Vetimans were discontinued, despite my need for Sickle-Cell. Sir, are your jobs really that difficult? Or is this specialized treatment designed especially for me!

Signed, very concerned.
James Arthur Biggins
MHU #22 /A-U-4

CC: File
Joshua W. Martin III (U.S.D.O.J. Monitor)

Urgent

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Name (Print): James Arthur Biggins
Housing Location: MHU #22 / A-11-4
Date of Birth: May 11, 1964
SBI Number: #319264
Date Submitted: March 28, 2008

Complaint (What type of problem are you having?): I have already submitted at least four (4) other sick-calls requesting to be seen for chronic care med renewals, but has yet been given an appointment. Can you please tell me when im going to get seen, and when do my diet expires? Thank you

Inmate Signature: James Arthur Biggins
Date: March 28, 2008

**The below area is for medical use only. Please do not write any further.**

S: You were seen in CCC on 3-3-08, your next CC appt is due 6-3-08. Also your diet expires 1-4-09. - Jm/RN 4-3-08 (copy sent)

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:

P:

E:

Provider Signature & Title: Received 4-3-08; 0900 J. McKenzie RN
Date & Time:

3/1/99 DE01
FORM#:
MED
263

